**Dominick D. DIPAOLO, Respondent**

v.

**TIMES PUBLISHING COMPANY, d/b/a Erie Times News, Cyberink, LP, d/b/a Goerie.Com, Lisa Thompson, Edward Palatella Jr., and Michael Maciag, Petitioners**

No. 274 WAL 2016

Supreme Court of Pennsylvania.

November 29, 2016

### ORDER

PER CURIAM

**AND NOW**, this 29th day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.

■

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Samuel N. CABRERA, Petitioner**

No. 305 EAL 2016

Supreme Court of Pennsylvania.

November 29, 2016

### ORDER

PER CURIAM

**AND NOW**, this 29th day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.

■

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Nicholas MARTIN, Petitioner**

No. 281 WAL 2016

Supreme Court of Pennsylvania.

November 29, 2016

### ORDER

PER CURIAM

**AND NOW**, this 29th day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.